AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

V.

VELDON LOUIS LIPSCOMB
DOB:
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED
FEB 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06 - 83 - M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Sometime on or about ___June 18, 2001___ in ___Washington, D.C.___ county, in the _____ District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

in violation of Title __18__ United States Code, Section(s) __1959(a)(1)__.

I further state that I am **Konstantinos S. Giannakoulias, Detective with the Metropolitan Police Department**, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Konstantinos S. Giannakoulias, Detective
Metropolitan Police Department

AUSA, Nancy Jackson (202) 307-0029
Sworn to before me and subscribed in my presence,

FEB 28 2006
Date

ALAN KAY
U.S. MAGISTRATE JUDGE

Name & Title of Judicial Officer

at   Washington, D.C.
     City and State

Signature of Judicial Officer

1