AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

VELDON LOUIS LIPSCOMB
DOB:
PDID:

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 83 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Detective Konstantinos Giannakoulias__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully and knowingly murdering an individual as consideration for the receipt of pecuniary value from the enterprise, and for the purpose of maintaining or increasing position in the enterprise engaged in racketeering activity.

in violation of Title __18__ United States Code, Section(s) __1959(a)(1)__

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

FEB 28 2006   District of Columbia
Date and Location

Bail fixed at $ __HWOB__   by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |