**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAG. NO. 06-83M** |
| | : | |
| **v.** | : | |
| | : | |
| **VELDON LIPSCOMB** | : | |
| | : | |
| **Defendant.** | : | |

JOINT MOTION TO CONTINUE PRELIMINARY / DETENTION HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney, The Federal Public Defender's Service for the District of Columbia, respectfully request that the preliminary/detention hearing in the above captioned case, now scheduled for March 10, 2006, be continued. As grounds for this request, the parties assert as follows:

1.     The defendant in this case is pending indictment on RICO conspiracy charges as well as substantive charges.

2.     The defendant's hearing is currently scheduled for March 10, 2006.

3.     Assistant United States Attorney Nancy Jackson and Federal Public Defender A.J. Kramer agreed to request a continuance until March 24, 2006, to permit time to fully prepare for the hearing.

4.     The parties are therefore requesting that the preliminary / detention hearing in this case be continued to March 24, 2006.

WHEREFORE, the parties request that the hearing in this case be continued.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No.: 451058

_____

NANCY B. JACKSON
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed first class postage prepaid to

counsel for the defendant, A.J. Kramer, Federal Public Defender, 625 Indiana Avenue, N.W., Suite

550, Washington, D.C. 20004, this 8th day of March, 2006.

_____

NANCY B. JACKSON
Assistant United States Attorney
Criminal Division, Narcotics Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20001
(202) 307-0029