UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAG. NO.  06-83M** |
| | : | |
| v. | : | |
| | : | |
| **VELDON LIPSCOMB** | : | |
| | : | |
| **Defendant.** | : | |

ORDER

Upon consideration of the Joint Motion to Continue the Preliminary / Detention Hearing and the entire record in this matter, it is this _____ day of _____, 2006, hereby

ORDERED that the Motion is granted and the hearing is now scheduled for March 24, 2006, at 9:30 a.m.

_____
The Honorable John M. Facciola
United States Magistrate

Copies to:

Nancy B. Jackson
U.S. Attorney's Office
555 4th Street, N.W.
Room 4124
Washington, D.C.  20001

A.J. Kramer
Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004