## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Action No. 06-83M |
| | : | |
| v. | : | |
| | : | |
| **VELDON LOUIS LIPCOMB** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorneys Nancy B. Jackson, telephone number (202) 307-0029, Julius Rothstein, (202) 514-7068 and John K. Han, telephone number (202) 514-6519.  This is a notice that Assistant United States Attorneys are entering their appearance as co-counsels in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
DC Bar No. 451058

_____
Nancy Jackson
Assistant United States Attorney
555 4th Street, N.W., Room 4110
Washington, D.C.  20530

_____
JULIUS ROTHSTEIN
Assistant United States Attorney
555 4th Street, N.W., Room 4215
Washington, D.C.  20530

                      JOHN K. HAN
                      Assistant United States Attorney
                      555 4th Street, N.W., Room 4114
                      Washington, D.C.  20530

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Appearance has been served, by mail to A.J. Kramer, Esquire, Counsel for Defendant Veldon Louis Lipscomb, 625 Indiana Avenue, NW, Suite 550, Washington, D.C.  20004, on this 13th day of March, 2006.

                      NANCY JACKSON
                      Assistant United States Attorney
                      555 4th Street, N.W., Room 4110
                      Washington, D.C.  20530

JULIUS ROTHSTEIN
Assistant United States Attorney
555 4th Street, N.W., Room 4215
Washington, D.C.  20530

                      JOHN K. HAN
                      Assistant United States Attorney
                      555 4th Street, N.W., Room 4114
                      Washington, D.C.  20530