UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-083M |
| | ) | |
| **VELDON LOUIS LIPSCOMB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR TRANSFER OF DEFENDANT
TO THE CORRECTIONAL TREATMENT FACILITY**

Defendant, Veldon L. Lipscomb, through undersigned counsel, respectfully moves this Court for an order transferring him to the Correctional Treatment Facility. As grounds, Mr. Lipscomb states:

On March 7, 2006, Veldon L. Lipscomb was charged by criminal complaint with Murder in Aid of Racketeering, in violation of 18 U.S.C. § 1959 (a)(1). A consolidated detention and preliminary hearing was set for March 10, 2006, however, a joint motion to continue the hearing was filed on March 9, 2006.

As the Court may recall from the defendant's initial appearance held in this matter on March 7, 2006, Mr. Lipscomb has a variety of medical and mental health issues that need immediate attention. In light of these issues, in addition to the oral request made on Mr. Lipscomb's behalf at his initial appearance, Mr. Lipscomb respectfully requests that he be transferred to the Central Treatment Facility, whereby Mr. Lipscomb would adequately receive the medical help that he requires. At the time of his initial appearance, government counsel had no objection to this request.

Wherefore, defendant Veldon L. Lipscomb requests this Court to order his transfer.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


        _____/s/_____
        Danielle C. Jahn
        Assistant Federal Public Defender
        625 Indiana Ave., N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500