UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-083M |
| | ) | |
| **VELDON LOUIS LIPSCOMB,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Upon motion of Defendant Veldon L. Lipscomb, it is hereby ORDERED that

1. Defendant Lipscomb should be transported to the Correction Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant Lipscomb's D.C.D.C. number is 183092.

SO ORDERED this _____ day of _____, 2006.

_____
THE HONORABLE JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C. 20004

Nancy Jackson
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

United States Marshal for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001