## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | MAG. NO. 06-83M |
| v. | |
| VELDON LIPSCOMB | |
| Defendant | |

**FILED**

MAR 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Joint Motion to Continue the Preliminary / Detention Hearing and the entire record in this matter, it is this __8__ day of __Mar__, 2006, hereby

ORDERED that the Motion is granted and the hearing is now scheduled for March 24, 2006, at 9:30 a.m.

_____
The Honorable John M. Facciola
United States Magistrate

Copies to:

Nancy B. Jackson
U.S. Attorney's Office
555 4th Street, N.W.
Room 4124
Washington, D.C. 20001

A.J. Kramer
Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004