# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAG. NO.  06-83M |
| | : | |
| v. | : | |
| | : | |
| VELDON LIPSCOMB | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE PRELIMINARY / DETENTION HEARING

The United States, by and through its attorney, the United States Attorney for the District of

Columbia, and the defendant, by and through his attorney, The Federal Public Defender's Service

for the District of Columbia, respectfully request that the preliminary/detention hearing in the above

captioned case, now scheduled for March 24,  2006, be continued.  As grounds for this request, the

parties assert as follows:

1.    The defendant in this case is pending indictment on RICO conspiracy charges as well as

    substantive charges.

2.    The defendant's hearing is currently scheduled for March 24, 2006.

3.    Assistant United States Attorney Nancy Jackson and Federal Public Defender A.J. Kramer

    agreed to jointly request a continuance until April 7, 2006, to pursue discussions regarding

    a resolution short of trial.

4.    The parties are therefore requesting that the preliminary / detention hearing in this case be

    continued to April 7,  2006.

WHEREFORE, the parties request that the hearing in this case be continued.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No.: 451058

NANCY B. JACKSON
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed first class postage prepaid to

counsel for the defendant, A.J. Kramer, Federal Public Defender, 625 Indiana Avenue, N.W., Suite

550, Washington, D.C. 20004, this 22nd day of March, 2006.

NANCY B. JACKSON
Assistant United States Attorney
Criminal Division, Narcotics Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20001
(202) 307-0029

Page 2 of 3