FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | MAG. NO. 06-83M |
| : | |
| v. : | |
| : | |
| VELDON LIPSCOMB : | |
| : | |
| Defendant. : | |

ORDER

Upon consideration of the Joint Motion to Continue the Preliminary / Detention Hearing and the entire record in this matter, it is this _____ day of _____, 2006, hereby

ORDERED that the Motion is granted and the hearing is now scheduled for April 7, 2006, at 9:30 a.m.

_____
The Honorable John M. Facciola
United States Magistrate

Copies to:

Nancy B. Jackson
U.S. Attorney's Office
555 4th Street, N.W.
Room 4124
Washington, D.C. 20001

A.J. Kramer
Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004