UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 06-083 (JMF) |
| VELDON L. LIPSCOMB, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Mary Manning Petras assumed responsibility for the defense of Mr. Lipscomb in the above-captioned case.

Mr. Lipscomb's case had previously been assigned to Assistant Federal Public Defender Danielle Courtney Jahn.

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500